[No. 19532-1-II.     Division Two.     February 14, 1997.]

*In the Matter of the Marriage of* ERNEST JOHN
TEICHERT, *Respondent, and* SYLVIA L. TEICHERT,
*Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 92-3-00253-8, Kenneth D. Williams, J., entered June 22, 1995. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.

[No. 19580-1-II.     Division Two.     February 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA
J. ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-8-00139-4, Gordon Godfrey, J., entered June 8, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.

[No. 19621-2-II.     Division Two.     February 14, 1997.]

*In the Matter of the Marriage of* ANN T. NORTON,
*Appellant, and* WILLIAM F. LARSON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-3-04552-0, Terry D. Sebring, J., entered June 2, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 19801-1-II.     Division Two.     February 14, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. RICHARD
BEGALLIA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-03682-5, Frederick W. Fleming, J., entered July 12, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ.